# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Nationstar Mortgage LLC d/b/a Mr. Cooper** | CIVIL ACTION NO: |
| **Plaintiff** | **COMPLAINT** |
| vs. | |
| **Ernest G. Galli** | RE:<br>**186 Curtis Road, Portland, ME 04103** |
| **Defendant** | |
| **cPort Credit Union** | Mortgage:<br>**May 27, 2010** |
| **Party-In-Interest** | **Book 27805, Page 298** |

NOW COMES the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Ernest G. Galli, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Nationstar Mortgage LLC d/b/a Mr. Cooper, in which the Defendant, Ernest G. Galli, is the obligor and the total amount owed under the terms of the Note is Four Hundred Fifty-

Four Thousand Eight Hundred Twenty-Nine and 61/100 ($454,829.61) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Nationstar Mortgage LLC d/b/a Mr. Cooper is a corporation with its principal place of business located at 8950 Cypress Waters Boulevard, Coppell, TX 75019.

5. The Defendant, Ernest G. Galli, is a resident of Portland, County of Cumberland and State of Maine.

6. The Party-in-Interest, cPort Credit Union, is located at 50 Riverside Industrial Parkway, Post Office Box 777, Portland, ME 04104.

## FACTS

7. On May 27, 2010, by virtue of a Warranty Deed from Richard G. Micucci, which is recorded in the Cumberland County Registry of Deeds in **Book 27805, Page 295**, the property situated at 186 Curtis Road, County of Cumberland, and State of Maine, was conveyed to the Defendant, Ernest G. Galli, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

8. On May 27, 2010, the Defendant, Ernest G. Galli, executed and delivered to Meridian Mortgage a certain Note in the amount of $388,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

9. To secure said Note, on May 27, 2010, the Defendant executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc. as nominee for Meridian Mortgage, securing the property located at 186 Curtis Road, Portland, ME 04103 which Mortgage Deed is recorded in the Cumberland County Registry of Deeds in **Book 27805**, **Page 298**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP by virtue of an Assignment of Mortgage dated January 31, 2012 and recorded in the Cumberland County Registry of Deeds in **Book 29349**, **Page 252**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. The Mortgage was then assigned to Nationstar Mortgage LLC by virtue of an Assignment of Mortgage dated November 9, 2012 and recorded in the Cumberland County Registry of Deeds in **Book 30249**, **Page 209**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was further assigned to Nationstar Mortgage LLC d/b/a Mr. Cooper by virtue of a Quitclaim Assignment dated August 4, 2017 and recorded in the Cumberland County Registry of Deeds in **Book 34276**, **Page 323**. *See* Exhibit F (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

13. On June 18, 2018, the Defendant, Ernest G. Galli, executed a Home Affordable Modification Agreement which increased the principal amount of the Note to $432,538.17 (herein after referred to as the "Loan Modification"). *See* Exhibit G (a true and correct copy of the Loan Modification is attached hereto and incorporated herein)

14. On November 16, 2018, the Defendant, Ernest G. Galli, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit H (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

15. The Demand Letter informed the Defendant, Ernest G. Galli, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit H.

16. The Defendant, Ernest G. Galli, failed to cure the default prior to the expiration of the Demand Letter.

17. The Plaintiff, Nationstar Mortgage d/b/a Mr. Cooper, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., 10 M.R.S. § 9416, and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

18. The Plaintiff, Federal Home Loan Mortgage Corporation (Freddie Mac), is the lawful holder and owner of the Note and Mortgage.

19. The Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 were strictly performed.

20. cPort Credit Union is a Party-in-Interest pursuant to a Mortgage in the amount of $62,000.00 dated October 8, 2010, and recorded in the Cumberland County Registry of Deeds in **Book 28184**, **Page 2** and is in 2nd position behind Plaintiff's Mortgage.

21. The total debt owed under the Note and Mortgage as of May 3, 2019 is Four Hundred Fifty-Four Thousand Eight Hundred Twenty-Nine and 61/100 ($454,829.61) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $416,381.02 |
| Interest | $13,879.40 |
| Late Fees | $261.24 |
| Escrow Advance | $8,108.38 |
| Corporate Advance | $16,199.57 |
| Grand Total | $454,829.61 |

22. Upon information and belief, the Defendant, Ernest G. Galli, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE

23. The Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, repeats and re-alleges paragraphs 1 through 22 as if fully set forth herein.

24. This is an action for foreclosure respecting a real estate related Mortgage and title located at 186 Curtis Road, Portland, County of Cumberland, and State of Maine. *See* Exhibit A.

25. The Plaintiff, Nationstar Mortgage d/b/a Mr. Cooper, is the holder of the Note referenced in Paragraph 8 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, has the right to foreclosure upon the subject property.

26. The Plaintiff, Federal Home Loan Mortgage Corporation (Freddie Mac), is the current owner and investor of the aforesaid Mortgage and Note.

27. The Defendant, Ernest G. Galli, is presently in default on said Mortgage and Note, having failed to make the monthly payment due September 1, 2018, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

28. The total debt owed under the Note and Mortgage as of May 3, 2019 is Four Hundred Fifty-Four Thousand Eight Hundred Twenty-Nine and 61/100 ($454,829.61) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $416,381.02 |
| Interest | $13,879.40 |
| Late Fees | $261.24 |
| Escrow Advance | $8,108.38 |
| Corporate Advance | $16,199.57 |
| Grand Total | $454,829.61 |

29. The record established through the Cumberland County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

30. By virtue of the Defendant's breach of condition, the Plaintiff hereby demands a foreclosure on said real estate.

31. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendant, Ernest G. Galli, on November 16, 2018, evidenced by the Certificate of Mailing. *See* Exhibit H.

32. The Defendant, Ernest G. Galli, is not in the Military as evidenced by the attached Exhibit I.

## COUNT II – BREACH OF NOTE

33. The Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, repeats and re-alleges paragraphs 1 through 33 as if fully set forth herein.

34. On May 27, 2010, the Defendant, Ernest G. Galli, executed and delivered to Meridian Mortgage a certain Note in the amount of $388,000.00. *See* Exhibit B.

35. The Defendant, Ernest G. Galli, is in default for failure to properly tender the September 1, 2018 payment and all subsequent payments. *See* Exhibit H.

36. The Plaintiff, Federal Home Loan Mortgage Corporation (Freddie Mac), is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Ernest G. Galli.

37. The Defendant, Ernest G. Galli, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

38. The Defendant Ernest G. Galli's breach is knowing, willful, and continuing.

39. The Defendant Ernest G. Galli's breach has caused Plaintiff Nationstar Mortgage LLC d/b/a Mr. Cooper to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

40. The total debt owed under the Note and Mortgage as of May 3, 2019, if no payments are made, is Four Hundred Fifty-Four Thousand Eight Hundred Twenty-Nine and 61/100 ($454,829.61) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $416,381.02 |
| Interest | $13,879.40 |
| Late Fees | $261.24 |
| Escrow Advance | $8,108.38 |
| Corporate Advance | $16,199.57 |
| Grand Total | $454,829.61 |

41. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

42. The Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, repeats and re-alleges paragraphs 1 through 42 as if fully set forth herein.

43. By executing, under seal, and delivering the Note, the Defendant, Ernest G. Galli, entered into a written contract with Meridian Mortgage who agreed to loan the amount of $388,000.00 to the Defendant. *See* Exhibit B.

44. As part of this contract and transaction, the Defendant, Ernest G. Galli, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

45. The Plaintiff, Nationstar Mortgage d/b/a Mr. Cooper, is the proper holder of the Note and successor-in-interest to Meridian Mortgage, and has performed its obligations under the Note and Mortgage.

46. The Defendant, Ernest G. Galli, breached the terms of the Note and Mortgage by failing to properly tender the September 1, 2018 payment and all subsequent payments. *See* Exhibit H.

47. The Plaintiff, Nationstar Mortgage d/b/a Mr. Cooper, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Ernest G. Galli.

48. The Defendant, Ernest G. Galli, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

49. The Defendant, Ernest G. Galli, is indebted to Nationstar Mortgage LLC d/b/a Mr. Cooper in the sum of Four Hundred Fifty-Four Thousand Eight Hundred Twenty-Nine and 61/100 ($454,829.61) Dollars, for money lent by the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, to the Defendant.

50. Defendant Ernest G. Galli's breach is knowing, willful, and continuing.

51. Defendant Ernest G. Galli's breach has caused Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

52. The total debt owed under the Note and Mortgage as of May 3, 2019, if no payments are made, is Four Hundred Fifty-Four Thousand Eight Hundred Twenty-Nine and 61/100 ($454,829.61) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $416,381.02 |
| Interest | $13,879.40 |
| Late Fees | $261.24 |
| Escrow Advance | $8,108.38 |
| Corporate Advance | $16,199.57 |
| Grand Total | $454,829.61 |

53. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

54. The Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, repeats and re-alleges paragraphs 1 through 54 as if fully set forth herein.

55. Meridian Mortgage, predecessor-in-interest to Nationstar Mortgage LLC d/b/a Mr. Cooper, loaned the Defendant, Ernest G. Galli, $388,000.00.  *See* Exhibit B.

56. The Defendant, Ernest G. Galli, is in default for failure to properly tender the September 1, 2018 payment and all subsequent payments.  *See* Exhibit H.

57. As a result of the Defendant Ernest G. Galli's failure to perform under the terms of their obligation, the Defendant, should be required to compensate the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper.

58. As such, the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V – UNJUST ENRICHMENT

59. The Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, repeats and re-alleges paragraphs 1 through 59 as if fully set forth herein.

60. Meridian Mortgage, predecessor-in-interest to Nationstar Mortgage LLC d/b/a Mr. Cooper, loaned the Defendant, Ernest G. Galli, $388,000.00. *See* Exhibit B.

61. The Defendant, Ernest G. Galli, has failed to repay the loan obligation.

62. As a result, the Defendant, Ernest G. Galli, has been unjustly enriched to the detriment of the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper as successor-in-interest to Meridian Mortgage by having received the aforesaid benefits and money and not repaying said benefits and money.

63. As such, the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, prays this Honorable Court:

a) Issue a judgment of foreclosure in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, upon the expiration of the period of redemption;

c) Find that the Defendant, Ernest G. Galli, is in breach of the Note by failing to make payment due as of September 1, 2018, and all subsequent payments;

d) Find that the Defendant, Ernest G. Galli, is in breach of the Mortgage by failing to make payment due as of September 1, 2018, and all subsequent payments;

e) Find that the Defendant, Ernest G. Galli, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendant, Ernest G. Galli, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due September 1, 2018 and all subsequent payments;

g) Find that the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendant, Ernest G. Galli has been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, to restitution;

j) Find that the Defendant, Ernest G. Galli, is liable to the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, for money had and received;

k) Find that the Defendant, Ernest G. Galli, is liable to the Plaintiff for quantum meruit;

l) Find that the Defendant, Ernest G. Galli, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Ernest G. Galli, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, is entitled to restitution for this benefit from the Defendant, Ernest G. Galli;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendant, Ernest G. Galli, and in favor of the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, in the amount of Four Hundred Fifty-Four Thousand Eight Hundred Twenty-Nine and 61/100 ($454,829.61) Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs;

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Nationstar Mortgage LLC d/b/a Mr. Cooper,
By its attorneys,

Dated: May 29, 2019

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com